CASE # CV-11-S-4188

FILED
2012 MAR 16 P 1:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
2012 Mar-16 PM 01:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

Sunday Ukwu
029902493
P.O. Box 560
Trout LA. 71371

United States District Court.
Northern District of Alabama
302 Federal court house
101 Holmes Ave
Huntsville, AL 35801

Sir/Madam.

I hereby wish to notify the court that I have been moved once more to the above named address; for the Moment.

I have a Standing court order to appear before the court in Person on 3/20/12. The reason for moving me I do not know.

Again, since the court appointed the law office of W. Scott Brower to represent me on the above numbered case, I have made every attempts to get in contact with the attorney to no avail; and he have not made any attempt to contact me either.

I ask that the court order ICE to bring me back to Alaba

If this is any other attempt on the effect jurisdiction once again, unless they can prove to the court with evidence that they have a travell document on me, and not only an intinary.

I also wish to ask the court to inform me on the statnes of my case, and if the court pleases to issue a descission ordering ICE to release me without further games or delay.

Dated this 12th day of March, 2012

Respecfally Submitted
Sunday Ukwu
029902493.