# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### Middle Division

| | | |
|---|---|---|
| **SUNDAY UKWU,** | ) | |
| | ) | |
| vs. | ) | Case Number: 4:11-CV-04188-CLS-JEO |
| | ) | |
| | ) | |
| **ERIC HOLDER, Jr.** | ) | |
| | ) | |

## MOTION TO CONTINUE

Comes now, the Petitioner, by and through the undersigned counsel of record, and moves this Honorable Court for an Order continuing the March 20, 2012 hearing in this case, coming forth and stating:

1. Counsel had been instructed by Counsel for the Respondents that travel documents for the Petitioner are in hand and that the Petitioner should be removed from the Country within the next seven (7) days.

2. That should the Petitioner be removed from the Country, this case is due to be dismissed.

3. That Counsel for the Petitioner request that this case be continued for seven (7) days to allow for said removal, should it occur within this time.

4. If the Petitioner is not removed within the seven (7) days, Petitioner wishes to proceed with a hearing on his petition.

5. Counsel for the Petitioner has spoken to Counsel for the Respondents and all parties are in agreement regarding a continuance.

6. Counsel has attempted several times to contact Petitioner, however, al attempts have been unsuccessful. However, Counsel has spoken to Petitioners family. Counsel will continue his attempts to contact the Petitioner regarding this case and his removal.

Wherefore, premises considered, the Petitioner respectfully request this Honorable Court continue the March 20, 2012 hearing for seven (7) days.

Respectfully submitted, this 17th day of March, 2012.

/s/ W. Scott Brower
W. Scott Brower
ASB-1249-w79w
Attorney for Petitioner

OF COUNSEL:
Brower Law Office
P.O. Box 130249
Birmingham, Alabama 35213
(205) 458-9889

## CERTIFICATE OF SERVICE

This is to certify that I have electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system and have sent notification to the correct parties. I further certify that a copy of this Motion has been placed in the United States Mail, postage prepaid to the following parties this 17th day of March, 2012.

Sunday Ukwu
029902493
P.O. Box 560
Trout, LA 71371

/s/ W. Scott Brower
OF COUNSEL